UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Abdi M., | Civ. No. 21-1283 (PAM/BRT) |
| Petitioner, | |
| v. | **ORDER** |
| AG Garland, FOD Charles, DHS Secretary Mayorkas, Tae Johnson, Acting Director ICE, and Kandiyohi Sheriff Holien, | |
| Respondents. | |

This matter is before the Court on the parties' Stipulation of Dismissal without prejudice. (Docket No. 13.)

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED without prejudice** and with each party to bear its own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Thursday, August 5, 2021

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge